ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUAL FELIX,<br>Defendant. | CASE NO. 1:90-cr-00044-JLT<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

The United States now moves to dismiss the indictment in the above captioned case filed on March 21, 1990, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 13, 2026

ERIC GRANT
United States Attorney

By: /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

Order

The Court hereby orders that the indictment in case number 1:90-cr-00044-JLT, filed on March 21, 1990, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 14, 2026

UNITED STATES DISTRICT JUDGE